ORADELL VILLAGE, ESQUIRE ESTATES, INC., POVERSHON CONSTRUCTION CO., INC., SOUTHFIELD HOMES, INC., BROOKLAWN GARDENS, INC., NEW JERSEY CORPORATIONS, AND RICHARD GEIGER AND WILSON KAPLAN, t/a WAYNE VILLAGE, PLAINTIFFS-APPELLANTS, v. TOWNSHIP OF WAYNE, A MUNICIPAL CORPORATION, DEFENDANT-RESPONDENT.

Argued March 18, 1969—Decided March 31, 1969.

*Mr. Oscar R. Wilensky* argued the cause for appellants (*Messrs. Cole and Geaney,* attorneys; *Mr. Harvey Blicksilver,* of counsel).

*Mr. Jerome A. Vogel* argued the cause for respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Mountain in the Chancery Division, reported at 98 *N. J. Super.* 8, and the reasons expressed in the *per curiam* opinion of the Appellate Division, reported at 101 *N. J. Super.* 403.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.